UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

BLANCA E SAEZ IRIZARRY

DEBTOR (S)

CASE NO. 08-01797 BKT

CHAPTER 13

## AMENDED URGENT MOTION REQUESTING AUTORIZATION TO SALE PROPERTY

TO THE HONORABLE COURT:

COMES NOW, he undersigned counsel, and very respectfully ALLEGES and PRAYS as follows:

1. Debtors proposed on confirmed plan dated June 17, 2008, to sale a property located at Bo. Collores, Sector Santa Rosa, Ramal 528 at Jayuya, PR. to pay a lump sum payment of $10,00.00 within 18 months from the date of the confirmation of the plan.

2. Order confirming plan was entered for August 22. 2008.

3. That debtor already have buyer who has been pre approved to buy such property before mentioned.

4. Debtor has the intention to pay the total of the lump sum payment of $10,000.00 to the chapter 13 plan and pay off lien with R-G Mortgage Corp.

5. Debtor is submitting copy of contract of sale and other documents for the authorization of this Honorable Court to complete sale procedures. (See attached).

**WHEREFORE**, it is respectfully requested to this Honorable Court to authorize sale of inheritance participation.

NOTICE is hereby given to parties in interests that unless a reply in opposition to the a fore NOTICE within five (20) days after service as evidenced b y the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law (2) the requested relief is against public policy; (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

IN SAN JUAN, PUERTO RICO , this 24th day of September of 2008.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Mr. Alejandro Oliveras, Chapter 13 Trustee, R-G Mortgage Corp, Mr. Jorge R Rodriguez Fraticelli, Esq. P O BOX 9023593, SAN JUAN, PR 00902-3593and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

/s/RODOLFO R. HERNANDEZ RAMOS
ATTORNEY FOR DEBTOR
USDC PR 118012
P.O. Box 193997
San Juan, Puerto Rico 00919-3997
Tels: 764-3646 Fax: 764-9398
rodolfohernandezesq@yahoo.com

# CONTRATO DE COMPRAVENTA

Yo, Blanca E. Sáez Irizarry, mayor de edad, soltera, vecina y residente de Adjuntas, Puerto Rico, declaro que soy dueña de la siguiente propiedad:

**Casa de hormigón de 1 cuarto, 1 baño, sala-comedor, cocina, "laundry" interior, balcón, y casita de patio, con solar de 509.100 m/c., localizada en el Barrio Collores, Sector Santa Rosa en Jayuya, Puerto Rico.**

Por el presente le concede una opción de compra de la misma a:

_Reinaldo Aponte_ y _Danelli de Jesús_

Bajo los siguientes términos:

1. El precio de venta será de **$65,000.00**. Esta opción será válida por un término de **60 días** a partir de la firma de este contrato.
2. Cualquier deuda existente (CRIM) será pagada por la dueña de la propiedad, antes de efectuarse la venta, quedando su balance cubierto.
3. La residencia actualmente esta alquilada, por lo tanto, al momento de la venta, los nuevos propietarios deben dar tiempo razonable, al menos 2 meses para que el actual inquilino pueda mudarse sin problema alguno.

Las partes firman este acuerdo en el día de hoy _13_ de _junio_ de _2008_.

_Blanca E. Sáez Irizarry_
Vendedora

_Reinaldo Aponte Nelson_
Comprador (a)

_Danelli de Jesús Montell_
Comprador (a)

## SUMMARY OF SALIENT FEATURES

### SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | LOT #4, SR 144 KM 6.7, -528 INT. COLLORES WARD |
| Legal Description | N-LOT #3, S=LOT CARLOS LEON, E=RAMAL 528 W=MUNICIPAL STREET |
| City | JAYUYA |
| County | 073 |
| State | P.R. |
| Zip Code | 00664 |
| Census Tract | 9562 |
| Map Reference | 110-106 |

### SALES PRICE

| | |
|---|---|
| Sale Price | $ 65,000 |
| Date of Sale | 6-2008 |

### CLIENT

| | |
|---|---|
| Borrower/Client | REINALDO APONTE MEDINA |
| Lender | R-G MORTGAGE CORPORATION |

### DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 494 |
| Price per Square Foot | $ 131.58 |
| Location | AVERAGE |
| Age | 20 YEARS |
| Condition | AVERAGE |
| Total Rooms | 3 |
| Bedrooms | 1 |
| Baths | 1 |

### APPRAISER

| | |
|---|---|
| Appraiser | DAVID BERRIOS ZAYAS |
| Date of Appraised Value | JUNE 26, 2008 |

### VALUE

| | |
|---|---|
| Final Estimate of Value | $ 65,000 |

# Estudio de Título




**Caso:** REINALDO APONTE MEDINA
**Finca:** 7757
**Folio:** 136
**Tomo:** 136 de Jayuya

**Ref.:** 147-1432506
-Javier Matos-

**Registro:** UTUADO

**Descripción:**
SOLAR: Predio de terreno identificado con el #4 en el plano de inscripción, radicado en el Barrio Collores, Sector Santa Rosa, de la Municipalidad de Jayuya, Puerto Rico, con una cabida superficial de 509.105 METROS CUADRADOS, equivalentes a 0.130 CUERDA. En lindes por el NORTE, con solar #3 según plano de inscripción; por el SUR, con Carlos León; por el ESTE, con faja de terreno que le separa de la carretera 528; y por el OESTE, con calle existente según plano de inscripción.

**Adquisición:**
Consta inscrita a favor de BLANCA ESTHER SÁEZ IRIZARRY, soltera, quien adquirió por título de compra a José Luis Sánchez Vélez y Ada Nivia Robles Dávila, por precio de $55,000.00, mediante la escritura #244, otorgada en Ponce, Puerto Rico, el día 6 de mayo de 2004, ante la Notario Público Miriam Vélez de Montañez, e inscrita al folio 184 del tomo 160 de Jayuya; inscripción 2da.

**Cargas:**
*Por su Procedencia:* Afecta a: Servidumbres a favor de la Autoridad de Energía Eléctrica.

*Por Sí:* HIPOTECA constituida mediante la escritura #245, otorgada en Ponce, Puerto Rico, el día 6 de mayo de 2004, ante la Notario Público Miriam Vélez de Montañez, en garantía de un pagaré suscrito bajo affidávit #3406, a favor de R & G MORTGAGE CORPORATION, por la suma principal de $54,404.00 y créditos adicionales, devengará intereses al 4 ½ por ciento anual y vence el día 1ro de junio de 2034, e inscrita al folio 184 del tomo 160 de Jayuya; inscripción 3ra.
-- Sujeta a la cláusula de Aceleración --

**Embargos Estatales:** Ninguno.
**Gravámenes Federales:** Ninguno.
**Sentencias:** Ninguna.

**Documentos Pendientes De Despacho:** Ninguno, siendo las ocho de la mañana del día 24 de junio de 2008.
- Bitácora buscada bajo el sistema mecanizado -

NOTA: Esta sección del Registro tiene establecido un sistema computarizado. Nuestra oficina no se hace responsable por errores u omisiones que cometa el empleado del Registro en la entrada y búsqueda de datos en dicho sistema y en la Bitácora.



ANA M. ECHEVARRÍA DE JESÚS
INVESTIGADORA DE TÍTULOS

AE/brc/08



ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES
Notificación y Requerimiento De Pago De La Contribución Sobre La Propiedad Inmueble
Notification and Demand for Payment of Real Property Tax

| REGULAR - BANCO 2008-2009 | | | FECHAS / DATES | |
|---|---|---|---|---|
| | | | FECHA DE NOTIFICACION / NOTIFICATION DATE | FECHA DE VENCIMIENTO / DUE DATE |
| | | | 01/07/2008 | 01/07/2008 |
| NUMERO DE CATASTRO / PIN NUMBER | | AÑO FISCAL / BILL YEAR 2008-2009 01 | TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE | ASSESSMENT AND TAX AMOUNT FOR REAL PROPERTY |
| 242-061-007-40-000 | | MUNICIPIO / MUNICIPALITY 36 JAYUYA | TIERRAS / LAND | EXONERACION / EXONERATION |
| SEGURO SOCIAL / SOCIAL SECURITY | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER | 215 | 0 |
| XXX-XX-6022 | 34 | 01299769 | ESTRUCTURAS / STRUCTURES | VALOR NETO TRIBUTABLE / NET TAXABLE VALUE |
| TIPO / RATE 8.080 | | DIST. ESPECIAL / SPECIAL DISTRICT | 2,825 | 3,040 |
| USO / USE 1001 | | CABIDA / LAND SIZE 509.10M | MAQUINARIA / MACHINERY 0 | CONTRIBUCIÓN / TAX AMOUNT 1er SEMESTRE 122.82 |
| NOMBRE / NAME: SAEZ IRIZARRY BLANCA E | | | VALOR TOTAL / TOTAL VALUE 3,040 | CONTRIBUCIÓN / TAX AMOUNT 2do SEMESTRE 122.81 |
| LOCALIZACION / LOCATION ADDRESS: | BO COLLORES SEC SANTA ROSA SOLAR 4 JAYUYA | | EXENCION / EXEMPTION 0 | CONT. ANUAL/ANNUAL TAX 245.63 |
| | | | VALOR TRIBUTABLE / TAXABLE VALUE 3,040 | * SEE IMPORTANT INFORMATION ON THE BACK * VEA INFORMACION AL DORSO |

Favor de comunicarse con su banco hipotecario antes de efectuar el pago. En el caso en que el banco no pague las contribuciones, es su responsabilidad pagarlas. Debe incluir el talonario de la notificación con su pago debidamente identificado.

A partir de 91 días después de la fecha de vencimiento se computarán intereses y después de 120 días de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en esta factura.

| CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE | |
|---|---|
| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
| HASTA / BY 31/07/2008 | 110.54 |
| HASTA / BY 30/08/2008 | 116.68 |
| HASTA / BY 29/09/2008 | 122.82 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE / CURRENT TAX AND SURCHARGE OUTSTANDING EXCLUYE INTERESES / EXCLUDING INTEREST | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES / PRIOR YEARS TAX AND SURCHARGE OUTSTANDING 0 EXCLUYE INTERESES / EXCLUDING INTEREST |
|---|---|

**EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.**

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO: C.R.I.M.
**DEVUELVA ESTA PORCION CON SU PAGO
RETURN COUPON WITH YOUR PAYMENT**
**INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO
INCLUDE PIN NUMBER ON YOUR CHECK**

NUMERO DE CATASTRO / PIN NUMBER: 242-061-007-40-000
REGULAR - BANCO
2008-2009
MUNICIPIO / MUNICIPALITY 36 JAYUYA
PARA CAMBIO DE DIRECCION VEA EL DORSO
SEE REVERSE SIDE FOR CHANGE OF ADDRESS

REB

**CUPON DE PAGO**

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR |
|---|---|
| 01/07/2008 | 2008-2009 01 |

| FECHA / DATE | IMPORTE ADEUDADA / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
|---|---|---|
| HASTA / BY 31/07/2008 | 110.54 | |
| HASTA / BY 30/08/2008 | 116.68 | |
| HASTA / BY 29/09/2008 | 122.82 | |

*********AUTO**3-DIGIT 006 T37 P1     5734
SAEZ IRIZARRY BLANCA E
HC 2 BOX 6740
ADJUNTAS PR 00601-9626



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES**
**ESTADO DE CUENTA / STATEMENT OF ACCOUNT**

# CATASTRO
PIN #     242-061-007-40-000

FECHA DE INTERESES / DESCUENTO
INT / DISC DATE   31/05/2008

LOCALIZACION
LOCATION     BO COLLORES SEC SANTA ROSA, SOLAR 4 JAYUYA

DUEÑO
OWNER     SAEZ IRIZARRY BLANCA E

MUNICIPIO
MUNICIPALITY 36

| AÑO FISC / FISCAL YR | FECHA VENC / DUE DATE | CONTRIBUCION TAX | DESC/INTER DISC/INT | RECARGOS SURCHARGE | PAGOS PRIN PYMNT TAX | PAGOS INT/REC PYMNT INT/REC | CANTIDAD ADEUDADA AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| REB2008 | 01/01/2008 | 122.81 | 2.05 | 6.14 | 0.00 | 0.00 | 131.00 |
| REC2007 | 01/07/2006 | 122.82 | 1.37 | 0.00 | -81.83 | -28.70 | 42.36 |
| GRAND TOTAL | | 245.63 | 3.42 | 6.14 | 81.83 | 28.70 | 173.36 |

ESTA CERTIFICACION REFLEJA CONTRIBUCIONES IMPUESTAS A LA PROPIEDAD LAS CUALES NO HAN SIDO PAGADAS AL 31/05/2008. **LA MISMA NO INCLUYE LA NOTIFICACION CORRESPONDIENTE AL AÑO CORRIENTE.** ANTES DE HACER SU PAGO DEBERA COMUNICARSE CON LA OFICINA REGIONAL MAS CERCANA O A LA OFICINA MUNICIPAL DEL CRIM PARA OBTENER LOS CARGOS DE INTERESES Y RECARGOS A LA FECHA DE PAGO. PARA ACLARAR O CORREGIR LA INFORMACION SUMINISTRADA, EL CONTRIBUYENTE PODRA PRESENTAR LA EVIDENCIA CORRESPONDIENTE EN CUALQUIERA DE LAS OFICINAS REGIONALES.

SI LA PERSONA NO PAGA O REHUSA PAGAR DENTRO DE LOS PERIODOS ESTABLECIDOS, EL CRIM O SU REPRESENTANTE AUTORIZADO PROCEDERA AL COBRO MEDIANTE EMBARGO Y VENTA DE LA PROPIEDAD, SEGUN EL ARTICULO 4.01 Y SIGUIENTES, DE LA LEY 83 DE 1991.

"La información contributiva que refleja este Estado de Cuenta podría estar afectado debido a problemas de conversión de nuestro sistema contributivo"

BORROWER:                                      SERVICER
BLANCA E SAEZ-IRIZARRY                         R & G MORTGAGE CORPORATION
C5 URB COLINAS DEL GIGANTE                     P O BOX 362394
ADJUNTAS PR 00601-9608                         280 JESUS T PINERO AVE
                                               SAN JUAN, PR  00936
                                               7877668485

ACCOUNT NUMBER:    02-0001299769               PROPERTY ADDRESS:
ORIGINAL AMOUNT:   $54,404.00                  4 RD 528 BO.COLLOR SECT.SANTA
PREPAYMENT CODE:   N                           JAYUYA, PR  00664
ISSUE DATE:        7/29/08                     LOAN TYPE:       FHA-1

## PAYOFF LETTER

LOAN BALANCE:                                                    $   51,362.32

INTEREST:  4/01/2008 TO  9/01/2008
    5 MONTHLY PAYMENTS                       (360) $    1,173.67
    PER DIEM:   0 DAYS   @    $7.7903        (360) $         .00
                                                   ---------------
    TOTAL INTEREST DUE:                             $                 1,173.67

COSTS:
    ORIGINAL DOCUMENT                              $       10.00
    MIP                                            $       20.85
    BK FEES                                        $       50.00
                                                   ---------------
    TOTAL COSTS DUE:                               $                    80.85

FEES:
    LATE CHARGES DUE:                              $      160.69
    CHARGES DUE:                                   $       12.36
    TTBK FeeAssm:                                  $      650.00
    TTBKIns Assm:                                  $       75.00
    M.I.P.  1 MONTH       $20.85:                  $       20.85
                                                   ---------------
    TOTAL FEES DUE:                                $                   918.90
                                                                ---------------
    GROSS PAYOFF:                                                   $53,535.74

LESS:
    RESERVE ESCROW:                                $                    86.98-
                                                                ---------------
    NET PAYOFF:                                                     $53,622.72

This payoff quote remains in effect until 08/29/08

The amount of interest due is based on the "Effective Date of Payoff".
A daily per diem amount must be added to this interest amount for each
day beyond the "Effective Date of Payoff". The Bank reserves the right
to adjust this Payoff Quote to reflect items such as tax disbursements
payments or advances that may be processed in the period between the
"Date of Quotation" and receipt of the payoff funds.

Personal Checks are not acceptable for a payment in full.

                                  SIGNED:  _____